81 Cal.Rptr.2d 835 (1999)
970 P.2d 409
LOS CARNEROS COMMUNITY ASSOCIATES et al., Appellants,
v.
PENFIELD & SMITH ENGINEERS, INC. et al., Respondents
No. S072581.
Supreme Court of California.
January 13, 1999.
Pursuant to the notice of settlement and request for dismissal submitted by all parties, review is DISMISSED and cause is remanded to the Court of Appeal, Second Appellate District, Division Six. (Cal. Rules of Court, rule 29.4(c).)
GEORGE, C.J., MOSK, J., KENNARD, J., BAXTER, J., WERDEGAR, J., CHIN, J., BROWN, J., concur.